UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

NANCI FELDMAN,

                          Plaintiff,

    vs.                                                  Case No. 07-CV-06337

BOLIVIAN INVESTOR GROUP, INC.,

                                                         **Rule 7.1 Statement**

                        Defendant.

-----------------------------------------------------------------------X

      PURSUANT TO RULE 7.1 OF THE LOCAL RULES OF THE US DISTRICT COURT FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK AND TO ENABLE THE JUDGES AND MAGISTRATE JUDGES OF THE COURT TO EVALUATE POSSIBLE DISQUALIFICATION OR RECUSAL, THE UNDERSIGNED COUNSEL FOR **PLAINTIFF** (A PRIVATE NON-GOVERNMENTAL PARTY) CERTIFIES THAT THE FOLLOWING ARE CORPORATE PARENTS, AFFILIATES AND/OR SUBSIDIARIES OF SAID PARTY WHICH ARE PUBLICLY HELD:

NONE

                                           Donald C. Moss
                                           (DCM-1946)

Date: July 11, 2007