Charles E. Dorkey III (CD-8422)
McKENNA LONG & ALDRIDGE LLP
230 Park Avenue
Suite 1700
New York, NY 10169
(212) 905-8330
(212) 922-1819 (facsimile)

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------- X

NANCI FELDMAN,
                                    Civil Action No.1:07-CV-06337
               Plaintiff,          (VM)

       - vs.-

BOLIVIAN INVESTORS GROUP, INC.,       **RULE 7.1 STATEMENT**

               Defendant.
--------------------------------------------------------------- X

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Bolivian Investors Group, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

      NONE

Date:   September 7, 2007
         New York, New York           McKENNA LONG & ALDRIDGE LLP

                                    Charles E. Dorkey III (CD-8422)
                                    230 Park Avenue
                                    Suite 1700
                                    New York, NY  10169
                                    (212) 905-8330
                                    (212) 922-1819 (facsimile)