UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
NANCI FELDMAN,                                               :
                                                             :  Civil Action No.1:07-CV-06337
                     Plaintiff,            :  (VM)
                                                             :
  - vs.-                                                     :
                                                             :
BOLIVIAN INVESTORS GROUP, INC.,                              :  **AFFIDAVIT OF SERVICE**
                                                             :
                     Defendant.            :
------------------------------------------------------------ x


STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

      ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.
      That on the 7th day of September, 2007, deponent served, by U.S. Mail, a true and correct copy of Defendant Bolivian Investors Group, Inc's **ANSWER** and **RULE 7.1 STATEMENT** upon the following:

                **Donald C. Moss, Esq.**
                Moss & Moss LLP
                127 East 26th Street
                New York, New York  10010

the address designated by said attorney for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive case and custody of the United States Postal service within the State of New York.

                                                        _____

Sworn to before me this
11th day of September, 2007

_____
NOTARY PUBLIC

              JOANNE SARLO
    NOTARY PUBLIC, STATE OF NEW YORK
          NO. 01SA4831775
      Qualified in Kings County
  Commission Expires 8/31/2009