# McKenna Long & Aldridge LLP
### Attorneys at Law

Albany
Atlanta
Brussels
Denver
Los Angeles

New York
Philadelphia
Sacramento
San Diego
San Francisco
Washington, D.C.

230 Park Avenue • Suite 1700 • New York, NY 10169
Tel: 212.905.8300 • Fax: 212.922.1819
www.mckennalong.com

CHARLES E. DORKEY III
(212) 905-8330

EMAIL ADDRESS
cdorkey@mckennalong.com

OCT 1 2 2007

October 11, 2007

**BY FEDEX**

The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 660
Courtroom 20B
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-12-07
```

Re: Nancy Feldman v. Bolivian Investors Group, Inc.
    Case No. 07 CV 6337 (VM)

Dear Judge Marrero:

I am counsel for defendant in this action, together with Mr. Glen Franklin Koontz of the law firm of Martin & Seibert, L.C. in Martinsburg, West Virginia. I write to request that the pretrial conference scheduled for October 19, 2007 at 12:00 p.m. be adjourned to one of the following dates at a time convenient to your Honor: November 2, November 9, November 30, December 7, or December 14. The postponement is requested because Mr. Koontz and I are unable to attend on October 19. Plaintiff's counsel does not object to this change and is available on these alternative dates.

The Defendant requests this postponement as we continue to try to reach an amicable settlement with plaintiff. Numerous conversations have occurred and offers of settlement have been made and are being considered.

Hon. Victor Marrero
October 11, 2007
Page 2

    The Defendant also requests that this lawsuit be enrolled as part of the Southern District voluntary mediation program so that the parties may avoid litigation and reach a fair conclusion to avoid protracted litigation.

    No previous application for this relief has been sought.

                                     Respectfully yours,

                                     Charles E. Dorkey III

cc:  Daniel C. Moss, Esq. (by FedEx)
      Glen Franklin Koontz, Esq. (by FedEx)

> Request GRANTED. The next status conference herein is rescheduled to 11-2-07 at 10:00. The parties are directed to advise the Court at that time concerning the prospects of settlement. SO ORDERED.
>
> 10-12-07
> DATE      VICTOR MARRERO, U.S.D.J.