# McKenna Long
## & Aldridge LLP
Attorneys at Law

Albany

Atlanta

Brussels

Denver

Los Angeles

230 Park Avenue • Suite 1700 • New York, NY 10169
Tel: 212.922.1800 • Fax: 212.922.1819
www.mckennalong.com

New York

Philadelphia

Sacramento

San Diego

San Francisco

Washington, DC

CHARLES E. DORKEY III
(212) 905-8330

EMAIL ADDRESS
cdorkey@mckennalong.com

November 2, 2007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-5-07
```

**BY FACSIMILE**

The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 660
Courtroom 20B
New York, NY 10007

> Re:    Nancy Feldman v. Bolivian Investors Group, Inc.
> Case No. 07 CV 6337 (VM)

Dear Judge Marrero:

This letter is a request for an exemption to the rule in Your Honor's Notice of Initial Conference that principal trial counsel must appear at the initial and all subsequent conferences. The parties in this case were scheduled to hold a pre-trial conference on November 2, 2007 at 10:00 a.m., and arranged this schedule accordingly. Due to a change in Your Honor's schedule, the parties are now set to meet on November 16 at 3:45 p.m.

Although I am counsel of record, lead counsel in this case is Glen Franklin Koontz of the firm Martin & Seibert L.C. of Martinsburg, West Virginia.

Due to trial schedules and obligations in West Virginia, Mr. Koontz will not be available on November 16 or on a Friday until January 4, 2008. To facilitate progress in this case, we request that Mr. Koontz not be required to attend the initial pre-trial conference. However, I will

The Hon. Victor Marrero
November 2, 2007
Page 2

represent the Defendant at that time and be able to speak on all relevant matters.  Counsel for the

Plaintiff does not oppose this request.

Sincerely yours,

Charles E. Dorkey III


cc:    Donald C. Moss, Esq. (by facsimile)
       Glen Franklin Koontz, Esq. (by facsimile)


Request GRANTED. The *initial*
conference herein is rescheduled to *11-16-07*
at *3:45 P.M.*  The appearance of
principal trial counsel at this
SO ORDERED. conference will not
be required.

*11-2-07*
DATE             VICTOR MARRERO, U.S.D.J.