SDNY (Rev. 10/2006) Pro Hac Vice Motion to Admit Counsel

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

10/31/2007

NANCI FELDMAN        Plaintiff,

7 cv 06337 (VM)

- against -

**MOTION TO ADMIT COUNSEL**

BOLIVIAN INVESTORS  Defendant.
GROUP, INC.

**PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, Charles E. Dorkey III  a member in good standing of

the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

Applicant's Name:  GLEN FRANKLIN KOONTZ
Firm Name:         MARTIN & SEIBERT, L.C.
Address:           1453 WINCHESTER AVE
City/State/Zip:    MARTINSBURG, WV 25405
Phone Number:      (304) 267-8985
Fax Number:        (304) 267-0731

GLEN FRANKLIN KOONTZ  is a member in good standing of the Bar of the States of
VIRGINIA, MARYLAND, DISTRICT OF COLUMBIA, CALIFORNIA, and WEST VIRGINIA

There are no pending disciplinary proceeding against  GLEN FRANKLIN KOONTZ
in any State or Federal court.

Dated:  October 26, 2007
City, State:  New York, New York

Respectfully submitted,

Sponsor's
SDNY Bar  CD-8422
Firm Name:  McKenna Long & Aldridge LLP
Address:    230 Park Avenue, Suite 1700
City/State/Zip:  New York, New York 10169
Phone Number:  212.905.8300
Fax Number:    212.922.1819

SDNY Form Web 10 2006

UNITED STATES DISTRICT
SOUTHERN DISTRICT OF NEW YORK

NANCI FELDMAN
                 Plaintiff,

v.                                         07 cv 6337 (VM)

BOLIVIAN INVESTORS GROUP,      AFFIDAVIT OF
INC.                          Defendant.     Charles E. Dorkey III
                                            IN SUPPORT OF MOTION
                                            TO ADMIT COUNSEL
                                            PRO HAC VICE

State of New York  )
                       )  ss:
County of New York )

Charles E. Dorkey III, being duly sworn hereby deposes and says as follows:

1. I am _____ counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Glen Franklin Koontz as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the **State of New York**, and was admitted to practice law in October 6, 1975. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known Glen Koontz since 2007.

4. Mr. Koontz is an attorney at Martin & Seibert, L.C. in Martinsburg, West Virginia.

5. I have found Mr. Koontz to be a skilled attorney and person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Glen Franklin Koontz, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Glen Franklin Koontz, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Glen Franklin Koontz, pro hac vice, to represent the defendant in the above captioned matter, be granted.

Dated: October 26, 2007

City, State: New York, New York

Notarized: *[signature]*

ROBERT MICHAEL GEE
Notary Public, State of New York
Reg No. #01GE6127971
Qualified in New York County
Commission Expires June 6, 2009

Respectfully submitted,

*[signature]*

SDNY Bar Code: CD-8422

⁎SDNY (Rev. 10/2006) Order for Admission Pro Hac Vice on Written Motion

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCI FELDMAN           Plaintiff,

                                                          7   cv  06337   (VM)

- against -

BOLIVIAN INVESTORS      Defendant.        **ORDER FOR ADMISSION**
GROUP, INC.                               **PRO HAC VICE**
                                          **ON WRITTEN MOTION**

Upon the motion of Charles E Dakey III, attorney for BOLIVIAN INVESTORS GROUP, INC.

and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | GLEN FRANKLIN KOONTZ |
| Firm Name: | MARTIN & SEIBERT |
| Address: | 1453 WINCHESTER AVENUE |
| City/State/Zip: | MARTINSBURG, WV 25405 |
| Telephone/Fax: | (304) 267-8985 |
| Email Address: | gfkoontz@martinandseibert.com |

is admitted to practice pro hac vice as counsel for   BOLIVIAN INVESTORS GROUP, IN  in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:
City, State:

_____
United States District/Magistrate Judge

FOR OFFICE USE ONLY: FEE PAID $         SDNY RECEIPT#
SDNY Form Web 10/2006

STATE OF WEST VIRGINIA

I, Edythe A. Nash, Deputy Clerk of the Supreme Court of Appeals of West Virginia, hereby do certify that Glen Franklin Koontz, of Martinsburg, West Virginia, an attorney duly licensed to practice law in this State, was admitted to practice law before the Supreme Court of Appeals of West Virginia, the highest court of the State, on the 9th day of November, 2004, that he is an attorney in good standing in said Court and is currently on active status and that his private and professional characters are good.

Given under my hand and seal of said Court, at Charleston, West Virginia, this 18th day of October, 2007, and in the 145th year of the State.

_____
Deputy Clerk, Supreme Court of Appeals of West Virginia



# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

GLEN FRANLIN KOONTZ

was admitted to practice as an attorney and counsellor at the bar of this Court on October 20, 1987.

I further certify that so far as the records of this office are concerned, GLEN FRANLIN KOONTZ is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 19th day of October A.D. 2007

By: _____
Deputy Clerk

# Court of Appeals
# of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the fourteenth day of June, 1989,

## Glen Franklin Koontz

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this eighteenth day of October, 2007.

*Alexander L. Cummings*
Clerk of the Court of Appeals of Maryland



# Supreme Court of California

FREDERICK K. OHLRICH

*Clerk of the Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### GLEN FRANKLIN KOONTZ

*I*, FREDERICK K. OHLRICH, *Clerk of the Supreme Court of the State of California, do hereby certify that GLEN FRANKLIN KOONTZ was on the 4TH day of DECEMBER 2000, duly admitted to practice as an attorney and counselor at law in all the courts of this state; and that his name now appears on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court, this 19th day of OCTOBER, 2007.*

FREDERICK K. OHLRICH

*Clerk of the Supreme Court*

By _____ Joseph Cornetta _____

Joseph Cornetta, Deputy Clerk



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

GLEN FRANKLIN KOONTZ

was on the 26th day of AUGUST, 1988 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 22, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

10/31/2007

------------------------------------------------------------ x
NANCI FELDMAN,
                                   Plaintiff,

      - vs.-

BOLIVIAN INVESTORS GROUP, INC.,

                                Defendant.
------------------------------------------------------------ x

Civil Action No.1:07-CV-06337
(VM)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                            ) ss:
COUNTY OF NEW YORK  )

      ROBERT GEE, being duly sworn, deposes and says that deponent is not a party to the action, is over 18 years of age and is employed by McKenna Long & Aldridge LLP.

      That on the 29th day of October, 2007, deponent served, by U.S. Mail, a true and correct copy of Defendant Bolivian Investors Group, Inc's **Motion to Admit Counsel, Glen Franklin Koontz, Pro Hac Vice; Affidavit of Charles E. Dorkey III in Support of Motion to Admit Counsel Pro Hac Vice; Certificates of Good Standing for Glen Franklin Koontz from the Bar of the States of Virginia, Maryland, California, West Virgina, and the District of Columbia; and Proposed Order for Admission Pro Hac Vice on Written Motion** upon the following:

                            **Donald C. Moss, Esq.**
                            Moss & Moss LLP
                            127 East 26th Street
                            New York, New York  10010

the address designated by said attorney for that purpose, by depositing the same enclosed in a postage pre-paid envelope in a post office official depository under the exclusive ease and custody of the United States Postal service within the State of New York.

*[signature]*

Sworn to before me this
29th day of October, 2007

*[signature]*
NOTARY PUBLIC

JOANNE SARLO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01SA4831775
Qualified in Kings County
Commission Expires 8/31/2009