## Moss & Moss LLP
ATTORNEYS AND COUNSELLORS AT LAW
220 FIFTH AVENUE· SUITE 900
NEW YORK, NEW YORK 10001
DCMOSS@MOSSANDMOSS.COM

DONALD C. MOSS
DENA SIMONE MOSS
JOHN O. C. MOSS

TELEPHONE 212 644 1000
FACSIMILE 212 644 2590

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

April 3, 2008

BY FACSIMILE

The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Suite 660
Courtroom 20B
New York, NY 10007

      Re:    Nancy Feldman v. Bolivian Investors Group, Inc.
              <u>Case No. 07 CV 6337 (VM)</u>

Dear Judge Marrero:

      This letter is submitted on behalf of all counsel. We are scheduled to appear before Your Honor at 3:45 PM tomorrow for a status conference. Counsel have encountered some discovery problems which they are attempting to resolve without invoking the offices of the Court pursuant to Your Honor's Rule III. To that end, all counsel desire to adjourn tomorrow's conference for approximately two weeks if Your Honor so permits. As lead trial counsel is scheduled to travel from West Virginia for tomorrow's scheduled conference, we respectfully ask that Your Honor consider our request as soon as possible.

                                                Respectfully submitted,

                                                Donald C. Moss

                                                (DCM 1946)

cc: Charles E. Dorkey III, Esq. (CD 8422) (by facsimile)
     Glen Franklin Koontz, Esq. (by facsimile)

Request GRANTED. The next status conference herein is rescheduled to 4-18-08 at 11:30 a.m.

SO ORDERED.

4-3-08
DATE       VICTOR MARRERO, U.S.D.J.

1