UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NANCY FELDMAN,

                           Plaintiff,

            - against -

BOLIVIAN INVESTORS GROUP, INC.,

                           Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-22-08
```

**ORDER**

07 Civ. 6337 (VM) (RLE)

RONALD L. ELLIS, United States Magistrate Judge:

   PLEASE TAKE NOTICE THAT A TELEPHONIC GENERAL PRETRIAL CONFERENCE IN

THE ABOVE CAPTIONED ACTION HAS BEEN SCHEDULED FOR April 28, 2008, AT 2:30 P.M.,

BEFORE THE HONORABLE RONALD L. ELLIS, UNITED STATES MAGISTRATE JUDGE.

   The scheduling of this telephone conference will enable the parties to discuss the status of

the pending action. On the afternoon of the conference, the Parties will jointly place a telephone call to the chambers

of Judge Ronald L. Ellis, 500 Pearl Street, Suite 1970, at 212-805-0242. Upon receipt of this request, if you need

further information, direct inquiries to Michael Brantley, 212-805-0242.

SO ORDERED this 22nd day of April 2008
New York, New York

                                                    The Honorable Ronald L. Ellis
                                                    United States Magistrate Judge